## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL WATCHULONIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 1:23-cv-02204-TCB |
| | : | |
| CITY OF ATLANTA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ANSWER AND DEFENSES OF DEFENDANT MICHAEL CARTER

Defendant Michael Carter, through counsel, submits his answer and defenses to the amended verified complaint (Doc. 29) (Complaint), as follows:[1]

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Eleventh Amendment and the doctrine of sovereign immunity.

---

[1] The Federal Rules do not contemplate or require verification of a pleading. *See* Fed. R. Civ. P. 8. Defendant is answering the Complaint as provided in the rules.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity.

## FOURTH DEFENSE

Plaintiff's claims fail, in whole or in part, because Defendant has not denied him any rights, privileges, or immunities secured by the Constitution or laws of the United States.

Defendant reserves the right to raise any other defenses allowed by law at such time as Plaintiff's claims or contentions are more particularly identified in this case.  Subject to and without waiving any of the foregoing defenses, Defendant responds to the unnumbered paragraphs and to the individually numbered paragraphs of the Complaint as follows:

Defendant objects to the unnumbered paragraphs on pages 1-3 of the Complaint on the grounds that they violate Rules 8 and 10 of the Federal Rules of Civil Procedure.  These paragraphs do not include a short and plain statement of a claim for relief, and they are not set forth in separate, numbered paragraphs.  To the extent that a response is required, Defendant denies the allegations in this part of the Complaint.

## **PARTIES**

1.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

2.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

3.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

4.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

5.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

6.      Admitted.

7.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

## JURISDICTION AND VENUE

8.    Defendant admits that jurisdiction lies under 28 U.S.C. § 1331, admits that the Complaint asserts claims under 42 U.S.C. § 1983 and the United States Constitution, and denies the remaining allegations in this paragraph.

9.    Denied.

10.    Admitted.

11.    Defendant admits that he is subject to the jurisdiction of this Court. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so the remaining allegations are denied.

12.    Denied.

## FACTUAL ALLEGATIONS

13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  Defendant denies that Plaintiff had "press" credentials and denies that Plaintiff was on public property at the relevant points in time as suggested by this paragraph.

14.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are

denied.  Defendant denies that Plaintiff was on public property at the relevant points in time as suggested by this paragraph.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

16.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

17.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

18.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

19.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

20.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and so the allegations are denied.  Defendant admits the allegation in the second sentence of this paragraph that he interacted with Plaintiff and that he was wearing plain clothes and carrying a notepad.  Defendant denies any remaining allegation in this paragraph.

23.     Admitted.

24.     Denied.

25.     Defendant states that this paragraph references a written or recorded statement which is not identified and which, to the extent that it exists, speaks for itself, and denies any allegation inconsistent with the writing or recording. Defendant admits that in his interaction with Plaintiff he informed Plaintiff that he was criminally trespassing, that he asked Plaintiff who he was affiliated with, that he asked to see video footage taken by Plaintiff, and that he asked if Plaintiff would delete the video footage because of concern that the purpose of obtaining the footage was to collect personal identification information of officers that would be used to harass and intimidate.

26.     Denied.

27.     Defendant states that this paragraph references a written or recorded statement which is not identified and which, to the extent that it exists, speaks for itself, and denies any allegation inconsistent with the writing or recording. Defendant admits that in his interaction with Plaintiff he informed Plaintiff that he was criminally trespassing, that he asked who Plaintiff was affiliated with, that he asked to see video footage taken by Plaintiff, and that he asked if Plaintiff would delete the video footage because of concern that the purpose of obtaining the footage was to collect personal identification information of officers that would be used to harass and intimidate.

28.     Defendant states that this paragraph references a written or recorded statement which is not identified and which, to the extent that it exists, speaks for itself, and denies any allegation inconsistent with the writing or recording. Defendant admits that in his interaction with Plaintiff he informed Plaintiff that he was criminally trespassing, that he asked who Plaintiff was affiliated with, that he asked to see video footage taken by Plaintiff, and that he asked if Plaintiff would delete the video footage because of concern that the purpose of obtaining the footage was to collect personal identification information of officers that would be used to harass and intimidate.

29.    Defendant states that this paragraph references a written or recorded statement which is not identified and which, to the extent that it exists, speaks for itself, and denies any allegation inconsistent with the writing or recording. Defendant admits that in his interaction with Plaintiff he informed Plaintiff that he was criminally trespassing, that he asked who Plaintiff was affiliated with, that he asked to see video footage taken by Plaintiff, and that he asked if Plaintiff would delete the video footage because of concern that the purpose of obtaining the footage was to collect personal identification information of officers that would be used to harass and intimidate.

30.    Defendant states that this paragraph references a written or recorded statement which is not identified and which, to the extent that it exists, speaks for itself, and denies any allegation inconsistent with the writing or recording. Defendant admits that in his interaction with Plaintiff he informed Plaintiff that he was criminally trespassing, that he asked who Plaintiff was affiliated with, that he asked to see video footage taken by Plaintiff, and that he asked if Plaintiff would delete the video footage because of concern that the purpose of obtaining the footage was to collect personal identification information of officers that would be used to harass and intimidate.

31.    Denied.

32.    Denied.

33.     Denied.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and so the allegations are denied.  Defendant denies the allegations in the second sentence of this paragraph.

35.     Denied.

36.     Defendant denies the allegations in the first sentence of this paragraph.  Defendant denies the allegation that Plaintiff was on public property at the relevant points in time as suggested by the second sentence of this paragraph.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and so the remaining allegations are denied.

37.     Denied.

38.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

39.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

40.     Denied.

41.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

49.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

50.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

51.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

52.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

53.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

54.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

55.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

56.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

57.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

58.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

59.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

60.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

61.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

62.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

63.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

64.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

65.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

66.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

67.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

68.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

69.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

70.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

71.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

72.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

75.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

77.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

78.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

79.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

80.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

81.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

82.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

83.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

85.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

93.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

96.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

97.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

98.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

99.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

100.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

101.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

102.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

103.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

104.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

105.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

106.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

107.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

108.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

109.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

110.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

## COUNT I

111.   Defendants incorporate the responses to the paragraphs 1-110 above.

112.   Denied.

113.   Denied.

114.   Defendant admits so much of this paragraph that alleges that a lawful exercise of free speech, without more, is not a basis for an arrest, and denies the remaining allegations in this paragraph.

115.   Denied.

## <u>COUNT II</u>

116.   Defendants incorporate the responses to the paragraphs 1-110 above.

117.   Denied.

118.   Denied.

119.   Denied.

120.   Denied.

121.   Defendant admits so much of this paragraph that alleges that a lawful exercise of free speech, without more, is not a basis for an arrest, and denies the remaining allegations in this paragraph.

122.   Denied.

123.   Denied.

124.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.  Defendant denies that Plaintiff was on public property at the relevant points in time as suggested by this paragraph.

125.   Defendant admits that Plaintiff so alleges.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

126.   Denied.

127.   Defendant admits that Plaintiff states in this paragraph that he seeks the referenced forms of relief.  Defendant denies the remaining allegations in this paragraph and denies that Plaintiff is entitled to any relief in this action.

## COUNT III

128.   Defendants incorporate the responses to the paragraphs 1-110 above.

129.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and so the allegations are denied.

130.   Denied.

131.   Denied.  As relevant here the law permits documenting the activity of public officials on public property in a manner and for a purpose other than obstruction, harassment, and intimidation.  Plaintiff was believed to have committed criminal trespass and by such criminal act to have obtained video footage to collect personal identification information of officers that would be used to harass and intimidate.

132.   Defendant admits so much of this paragraph that alleges that a lawful exercise of free speech, without more, is not a basis for an arrest, and denies the remaining allegations in this paragraph.

133.   Denied.

134.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and so the allegations are denied.  Defendant denies the remaining allegations in this paragraph.

135.   Admitted.  On information and belief Plaintiff was given a verbal warning in lieu of a written citation.

136.   Denied.

137.   Denied.

138.   Denied.

139.   Defendant admits that Plaintiff states in this paragraph that he seeks the referenced forms of relief.  Defendant denies the remaining allegations in this paragraph and denies that Plaintiff is entitled to any relief in this action.

## **GENERAL DENIAL**

To the extent that any allegation of the Complaint has not been specifically admitted, denied, or otherwise controverted herein, Defendant denies the allegation.

WHEREFORE, having answered fully, Defendant requests a jury trial on all issues so triable, that judgment be entered in his favor and against Plaintiff on all claims, that Plaintiff take nothing from Defendant and that Defendant be awarded

and Plaintiff be assessed all costs of this action, and that the Court enter such other

relief as it deems just and proper.

Respectfully submitted,

Christopher M. Carr            112505
Attorney General

Loretta L. Pinkston-Pope       580385
Deputy Attorney General

s/ Roger A. Chalmers
Roger A. Chalmers              118720
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of

Court using the CM/ECF system which will automatically send email notification

of such filing to the following attorneys of record:

Drago Cepar, Jr.
Phillip Edward Friduss
Nicholas Andrew Kinsley
Staci J. Miller
Mary T. Minter
Thomas M. Mitchell
R. David Ware
Gerald Weber

I further certify that I have mailed by United States Postal Service the

document to the following non-CM/ECF participants: NONE.

This 22nd day of December, 2023.

s/ Roger A. Chalmers
Roger A. Chalmers