IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL WATCHULONIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 1:23-cv-2204-MLB |
| | * | |
| CITY OF ATLANTA, et al., | * | |
| | * | |
| Defendants. | * | |

## JOINT STATUS REPORT

The parties provide the following notice regarding production of GBI records:

1. On June 20, 2025, this Court entered the parties Consent Protective Order [Doc. 120]

2. On June 23, 2025, Counsel for the Plaintiff requested production pursuant to the Protective Order as well as a privilege log regarding the same.

3. On June 23, 2025, Counsel for the GBI responded that each identified party would receive a series of emails to create an account to receive the documents/privilege log and "there will be another email notifying each person when the materials are available for download."

4. On June 23, 2025, the GBI produced the documents/privilege log to all parties.

1

Respectfully submitted this 27th day of June, 2025.

/s/ Tina M. Piper
Tina M. Piper
40 Capitol Square, SW
Atlanta, Georgia 30334
tpiper@law.ga.gov
Counsel for GBI

/s/ Brian J. Sutherland
Beal, Sutherland, Berlin & Brown, LLC
2200 Century Pkwy NE, Suite 100
Atlanta, Georgia 30345
brian@beal.law
Counsel for Plaintiff

/s/ Drago Cepar, Jr., Esq.
1900 The Exchange Suite 490
Atlanta, Georgia 30339
dcepar@gmail.com
Counsel for Plaintiff

/s/ Gerald R. Weber
Law Office of Gerald R. Weber, LLC
P.O. Box 5391
Atlanta, Georgia 31107
wgerryweber@gmail.com
Counsel for Plaintiff

/s/ Cullen Barrett Threlkeld
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, Georgia 30518
Cullen.Threlkeld@carmitch.com
Counsel for Defendant Jeff Cantin

Thomas M. Mitchell
Carothers & Mitchell, LLC
1809 Buford Highway

Buford, Georgia 30518
Thomas.Mitchell@carmitch.com
Counsel for Defendant Jeff Cantin

Mary T. Minter
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, Georgia 30518
Mary.Minter@carmitch.com
Counsel for Defendant Jeff Cantin

Staci J. Miller
City of Atlanta Law Department
55 Trinity Avenue, S.W., Suite 5000
Atlanta, Georgia 30303
sjmiller@atlantaga.gov
Counsel for Defendant Jack Bentley

Roger Chalmers
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
rchalmers@law.ga.gov
Counsel for Defendant Mike Carter

3

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have this date electronically filed **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record:

Brian J. Sutherland
Beal, Sutherland, Berlin & Brown, LLC
2200 Century Parkway NE Suite 100
Atlanta, Georgia 30345
678-449-0361
Brian@beal.Law

Drago Cepar, Jr., Esq.
1900 The Exchange Suite 490
Atlanta, Georgia 30339
770-940-3233
Dcepar@gmail.Com

Gerald R. Weber
Law Office of Gerald R. Weber, LLC
P.O. Box 5391
Atlanta, Georgia 31107
404-522-0507
Wgerryweber@gmail.com

Cullen Barrett Threlkeld
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518
770-932-3552
Cullen.Threlkeld@carmitch.com

Thomas M. Mitchell
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518
770-932-3552
Thomas.Mitchell@carmitch.com

Mary T. Minter
Carothers & Mitchell, LLC
1809 Buford Highway
Buford, GA 30518
770-932-3552
Mary.Minter@carmitch.com

Staci J. Miller
City of Atlanta Law Department
55 Trinity Avenue, S.W., Suite 5000
Atlanta, Georgia 30303
404-546-4083
Sjmiller@atlantaga.Gov

Roger A. Chalmers
Georgia Department of Law
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
404-458-3220
Rchalmers@law.ga.gov

       This 27th day of June 2025.

                                /s Gerald Weber
                                Gerald R. Weber

Law Office of Gerald R. Weber, LLC
P.O. Box 5391
Atlanta, Georgia 31107
404-522-0507
Wgerryweber@gmail.com