# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:23-cv-02204-MLB**
**Watchulonis v. Cantin et al**
**Honorable Michael L. Brown**

Minute Sheet for proceedings held In Open Court on 07/20/2026.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:40 A.M.          COURT REPORTER: Jana Colter
TIME IN COURT: 1:35                                        DEPUTY CLERK: Jessica Kelley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Roger Chalmers representing Mike Carter<br>Mary Minter representing Jeff Cantin<br>Thomas Mitchell representing Jeff Cantin<br>Staci Strickland representing Jack Bentley<br>Brian Sutherland representing Michael Watchulonis<br>Cullen Threlkeld representing Jeff Cantin<br>Gerald Weber representing Michael Watchulonis |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Motion hearing held. Defendants shall file renewed motions for summary judgment consistent with the Court's instructions stated in the record within 60 days. |
| HEARING STATUS: | Hearing Concluded |