**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL WATCHULONIS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATLANTA, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.<br>1:23-cv-02204-TCB |

## CONSENT MOTION TO EXTEND DEADLINE FOR FILING SUMMARY JUDGMENT MOTIONS

Following the hearing on July 20, 2026, the Court instructed Defendants Michael Carter, Jeff Cantin, and Jack Bentley to file their renewed motions for summary judgment within 60 days, or by September 18, 2026. At the hearing, the Court inquired as to the status of Defendant Carlos Thomas, and since the hearing Defendant Thomas has through counsel appeared in the action and has filed a motion to set aside entry of default. Doc. 165. Plaintiff has filed a response in opposition to the motion. Doc. 168. The motion has not yet been decided.

Because the resolution of Defendant Thomas' motion may impact discovery in the case, Defendants Carter, Cantin, and Bentley request that the deadline for submission of their renewed motions for summary judgment be extended to a date that is 60 days following the Court's ruling on Defendant Thomas' pending

motion.[1] Plaintiff through counsel has indicated that he consents to the extension of time requested herein.

WHEREFORE, Defendants Carter, Cantin, and Bentley respectfully request that the Court grant this motion and extend the deadline for submission of their renewed motions for summary judgment as requested herein. A proposed order will be submitted on direction of the Court.

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Loretta L. Pinkston-Pope 580385
Deputy Attorney General

*s/ Roger A. Chalmers*
Roger A. Chalmers 118720
Senior Assistant Attorney General

*Counsel for Defendant Michael Carter*

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

[1] Further modification of the deadline may be needed depending on the resolution of the motion.

*/s/ Staci M Strickland*
STACI M. STRICKLAND
Division Chief
Georgia Bar No. 601594

*Counsel for Defendant Jack Bentley*

CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
(404) 546-4100 (main)

*/s/ Thomas M. Mitchell*
THOMAS M. MITCHELL
Georgia Bar No. 513597
MARY MINTER
Georgia Bar No. 892497

*Counsel for Defendant Jeff Cantin*

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
770-932-3552
770-932-6348 FAX
thomas.mitchell@carmitch.com
mary.minter@carmitch.com

**CERTIFICATE OF SERVICE**

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Adam Lowell Appel
Drago Cepar, Jr.
Gerald Weber
Brian J. Sutherland
Staci J. Miller
Mary T. Minter
Thomas M. Mitchell

This 4th day of September, 2026.

*s/ Roger A. Chalmers*
Roger A. Chalmers